IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00267-PAB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALL MONIES SEIZED FROM BANK ACCOUNTS, PLUS ALL ACCRUED AND EARNED INTEREST IN THE NAME OF LUIS VILLALOBOS,

    Defendant(s).
_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Claimant Luis G. Villalobos's Motion to Withdraw Claim [Docket No. 38; Filed October 30, 2008] (the "Motion"). In the parties' proposed Scheduling Order [Docket No. 37], Plaintiff has indicated that Claimant Luis G. Villalobos does not claim an interest in the seized monies and has requested that he withdraw his claim. Pursuant to 28 U.S.C. § 636(b)(1) and D.C. Colo. L. Civ. R. 72.1C, the matter has been referred to this Court for recommendation. For the reasons set forth below, the Court recommends that the Motion be **granted**.

In the Motion, Claimant Luis G. Villalobos indicates that while he initially filed an answer to Plaintiff's complaint and claimed an interest in the seized monies, his father, Luis Villalobos, "and Alma Villalobos are the true and correct owners of the money seized from subject bank accounts in this matter." *Motion* [#38] at 2. Therefore, Claimant Luis G. Villalobos "lacks standing to submit a claim under 18 U.S.C. § 981 . . . ." *Id.* Although not filed as a stipulated Motion, as noted above, Plaintiff has indicated that it does not object

to the dismissal of the claim filed by Claimant Luis G. Villalobos and, indeed, sought to have Claimant file the present Motion.  *Proposed Scheduling Order* [#37] at 2.  Accordingly,

The Court RECOMMENDS that the Motion be **GRANTED** and that the claim for the seized monies filed by Luis G. Villalobos be **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(2).

Pursuant to Fed. R. Civ. P. 72, the parties shall have ten (10) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.  A party's failure to serve and file specific, written objections waives *de novo* review of the Recommendation by the District Judge, Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions.  *Makin v. Colo. Dep't of Corr.*, 183 F.3d 1205, 1210 (10th Cir. 1999); *Talley v. Hesse*, 91 F.3d 1411, 1412-13 (10th Cir. 1996).  A party's objections to this Recommendation must be both timely and specific to preserve an issue for *de novo* review by the District Court or for appellate review.  *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated:  November 3, 2008

BY THE COURT:
 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix