IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00267-PAB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALL MONIES SEIZED FROM BANK ACCOUNTS, PLUS ALL ACCRUED AND EARNED INTEREST IN THE NAME OF LUIS VILLALOBOS,

    Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the Recommendation of United States Magistrate Judge filed at Docket Number 40. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The claim for the seized monies filed by Luis G. Villalobos is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

    3. All other pending motions are DENIED as moot.

    DATED this <u>18th</u> day of November, 2008.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge