IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00267-PAB-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALL MONIES SEIZED FROM BANK ACCOUNTS, PLUS ALL ACCRUED AND
EARNED INTEREST IN THE NAME OF LUIS VILLALOBOS,

      Defendant.

_____

## ORDER SETTING CASE FOR TRIAL

_____

This matter has been scheduled for a four-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th

Street, Denver, Colorado, to commence on **June 28, 2010 at 8:00 a.m.**

A Trial Preparation Conference is set for **June 11, 2010 at 1:30 p.m.**  Lead

counsel who will try the case shall attend in person unless a written motion for

alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

    3)     timing of presentation of witnesses and evidence;

    4)     anticipated evidentiary issues;

    5)     any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED December 15, 2009.

                                        BY THE COURT:


                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge