IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00267-PAB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALL MONIES SEIZED FROM BANK ACCOUNTS, PLUS
ALL ACCRUED AND EARNED INTEREST
IN THE NAME OF LUIS VILLALOBOS,

    Defendant.
_____

## ORDER
_____

In light of the Final Order of Forfeiture [Docket No. 99] entered June 8, 2010, it is

**ORDERED** that the motions for summary judgment [Docket Nos. 61 and 62] are DENIED as moot. It is further

**ORDERED** that the trial preparation conference scheduled for **June 18, 2010 at 1:30 p.m.** and the jury trial scheduled to begin **June 28, 2010 at 8:00 a.m.** are VACATED.

    DATED June 9, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge